IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JIMMY F. McHENRY, PRO SE, <br> TDCJ-CID No. 1811322, <br> Previous TDCJ-CID No. 1060917, <br><br> Plaintiff, <br><br> v. <br><br> STINNETT POLICE DEPARTMENT ET AL., <br><br> Defendants. | § § § § § § § § § § § § § 2:13-CV-0228-J |

## ORDER DENYING AS MOOT
## PLAINTIFF'S "MOTION FOR CONTINUANCE OR STAY OF EXECUTION"

Before the Court for consideration is plaintiff's Motion for Continuance or Stay of Execution filed December 10, 2013 in the above-referenced and numbered cause.

By this motion, plaintiff requests a continuance because the Clements Unit is on lockdown and plaintiff is not allowed to attend the law library. Plaintiff requests a "time out" until the unit is off lockdown.

Review of the docket shows plaintiff sent a notice to the Court which was received December 18, 2013, informing the Court that the Clements Unit came off lockdown on December 9, 2013.

Plaintiff's motion for continuance is without practical effect and is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED this ____19th____ day of December, 2013.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE