UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JIMMY F. McHENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 2:13-CV-228-J-BB |
| | § | ECF |
| THE STINNETT POLICE DEPARTMENT, OFFICER DRENNAN ROGERS, OFFICER PATRICK LAMBERT, OFFICER JEREMIAH JAMES MASSENGIL, and CHIEF MARIE FABRO, in their individual and official capacities, THE HUTCHINSON COUNTY SHERIFF'S OFFICE, SHERIFF GUY ROWH, DEPUTY CODY HINDERS, and CAPTAIN KAREN LOPEZ,[1] in their individual and official capacities, and THE HUTCHINSON COUNTY JAIL, | § § § § § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT CODY HINDERS' RESPONSE AND BRIEF
TO PLAINTIFF'S "RIGHT TO OBJECT"**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE, CLINTON E. AVERITTE:

COMES NOW Defendant Cody Hinders and files his Response and Brief to Plaintiff's "Right to Object" (Doc. 49), and in support thereof would show the Court as follows:

**I.
PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORTS AND RECOMMENDATIONS SHOULD BE OVERRULED**

The Plaintiff filed a pleading titled "Plaintiff's Right to Object." *See* Doc. 49. In it he argues that the state law claims against the Defendants, in their individual capacities, should not be dismissed until he has an opportunity to amend his pleadings. *See id*. at ¶ 9. However, he does not articulate what it is that he seeks to change with an amended pleading which would change the outcome of the Magistrate's Reports and Recommendations. Similar to Document 50 which he

---
[1] Defendant Karen Lopez is now known as Karen Waters.

filed seeking leave to amend, the Plaintiff's Motion is procedurally defective because it fails to comply with Northern District of Texas Local Rule 15.1(a) which governs motions to amend pleadings. The Plaintiff was previously advised by this Court what was required when seeking to amend his complaint. *See* Court's Order dated Dec. 20, 2013 (Doc. No. 41).

It is unclear what other objections, if any, to the Magistrate's Reports and Recommendations are being asserted. It appears that the Plaintiff simply disagrees with the outcome of the Magistrate's rulings, which is an improper ground to invoke *de novo* review. *See, e.g., Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996). "Objections to a magistrate's report must be clear enough to enable the district court to discern those issues that are dispositive and contentious. Objections that fail to specify the findings believed to be in error are too general." *See* 12 FED. PRAC. & PROC. CIV. § 3070.1 (2d ed.) § 3070.1 *Practice and Procedure With Regard to Dispositive Motions —Manner and Effect of Objections to the Magistrate Judge's Recommendations* (citing *William J. Lang Land Clearing, Inc. v. Administrator, Wage and Hour Div.*, 520 F. Supp. 2d 870 (E.D. Mich. 2007), *aff'd*, 285 Fed. Appx. 277 (6th Cir. 2008)); *see also id*. ("Party's rambling and sometimes incoherent brief did not constitute 'objection' to magistrate's report. The district court would therefore adopt the magistrate's report in its entirety on the ground that the party made no objection to the report.") (citing *Mercado v. Perez*, 853 F.Supp. 42 (D.C. P.R. 1993).

Even if this Court can discern the objections asserted by the Plaintiff, they should be overruled because the Magistrate properly made Reports and Recommendations that should be affirmed based upon the correct interpretation of the law and the facts.

WHEREFORE, PREMISES CONSIDERED, Defendant Cody Hinders respectfully prays that the Court take notice of the Defendant's position concerning the Plaintiff's requested relief.

Respectfully submitted,

*/s/ Matt D. Matzner*
MATT D. MATZNER
Texas Bar No. 00797022
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 1499
Lubbock, Texas 79408
Telephone: (806) 762-5281
Facsimile: (806) 762-3510
***Counsel for Defendant Cody Hinders***

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was on this 19th day of March 2013, served as follows:

**VIA CERTIFIED MAIL, RRR**
**NO. 7013 2630 0002 0240 1386**
Jimmy F. McHenry, # 1811322
TDCJ Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107
*Pro Se Plaintiff*

**VIA ECF**
Lee Ann Reno
Alex Yarbrough
Sprouse Shrader Smith, P.C.
701 S. Taylor St., Ste. 500
Amarillo, Texas 79101
*Counsel for Defendants City of Stinnett,*
*Officer Drennan Rogers, Officer Patrick*
*Lambert, Officer Jeremiah James Massengil,*
*and Chief Marie Fabro*

*/s/ Matt D. Matzner*
OF COUNSEL