United States District Court
Northern District of Texas

Matt Henry Proser

No: 2:13-cv-0228-J

Stinnett Police Department et al

**Plaintiff's Reply to Defendant Rogers Request For Plaintiff To Produce Discovery**

Plaintiff submits these request pursuant to FRCP 34:

1. James & Linda Tipps HCR2 Box 100 Stinnett, TX 79083. Phone: 806-878-3966.

2. Adrian Brokett 8860 North St. Stinnett, TX 79083. Phone: 806-878-2473.
Linda Tipps HCR2 Box 100 Stinnett, TX 79083. Phone: 806-878-3966.
   a. Brief discription that the Adrian Brokett 911 caller, and Linda Tipps may have witness the events leading up to Tasering, and the actual Tasering itself, and Plaintiff not assaulting the defendant, that he lied.

3. Same answer as number two.

4. On 10-28-11 Plaintiff slept at Joe Don Watson Trailor House, in Stinnett, TX Phone: 1-806-878-2195, then was told to leave by his sister. Plaintiff was out of gas, called James & Linda Tipps, and James Tipps, Phone: 806-878-3966 bought the Plaintiff fuel at Allsups, and he left.

(1)

Plaintiff drove, and exhausted fuel, went by his friend Meloney Morrison in Fritch, then he went to her work at Dairy Queen where she fed Plaintiff supper, then he left, and drove, and exhausted fuel, until he was about out of gas, so he drove back to Stinnett went by Joe Don Watson, to stay the night. He wasn't home, so Plaintiff was out of options and out of gas, so he drove out to his sister Linda Tipps, to see if he could stay the night. Plaintiff parked about 12:00 AM in front of the Linda Tipps residence, and called James Tipps.

5. Time frames in number Four.
6. No
7. No
8. No
9. No
10. No
11. No
12. No
13. Clerk has only copies.
14. I do not have any.
15. Clerk has only copies.
16. Clerk has only copies.
17. Judge would not allow me to subpoena the witness Adrian Brokett, or Linda Tipps.

(2)

18. Exibit A-Q in ECF Doc. No. 105: Exibit A, and Exibit B, and Exibit G, and Exibit I. The ~~O~~Internal Affairs Division report from the taser incident.
19. Answer in number Eighteen.
20. Stinnetts Police Department Policy on tasers. waiting on other discovery to be returned.

## certificate of service

I hereby certify the above served on:
Sprouce, Shrader, Smith P.C.
701 S. Taylor Suite 500
Po Box 15008
Amarillo, TX 79105-5008

Date: 11-6-2014



Jimmy F. Mathew/1846322
Roberson 1207 FM 3522
Abilene, TX 79601

US District Clerks Office
Northern Dist.
Jeanetta Hedrick Deputy-In-Charge
205 E. 5th Ave., Rm 133
Amarillo, TX 79101-2559

Legal

RECEIVED
NOV 12 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

10 NOV 2014 PM 1 L

7910181559