Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 NOV 12 PM 3: 20

DEPUTY CLERK _ac_

McHenry Prose,

No: 2:13-CV-0228-J

Stinnett Police Department et, al

Plaintiffs Request To Produce Documents And
Tangible Things, And Motion To Compell

To The Honorable Judge Clinton Averitte:
Plaintiff Pursuant to FRCP 34 request that
the defendant Rogers Attorney respond
within 30 days to the following request:

1. Produce copies of all medical records that
   Plaintiff consented to authorize on 10-28-14
   during a hearing in court, because the
   Plaintiff is indigent and has no way to obtain
   medical record copies.

2. Produce copies of all witness stertements
   obtained after 10-28-14 hearing.

certificate of service

I hereby certify the above served on:
Sprouce, Shrader, Smith, P.C.
701 S. Taylor Suite 500
Po Box 15008
Amarillo, TX 79105-5008

Date: 11-5-2014

Jimmy F. McHenry
Jimmy F. McHenry
Robertson 12071 FM 3522
Abilene, Tx 79601

(1)