McHenry Prose,

No: 2:13-CV-0228-J

Stinnett Police Department et, al

Plaintiff's Request to Defendant Rogers to Produce Discovery

To the Honorable Judge Clinton Averitte:
Plaintiff moves pursuant to FRCP 34 request the defendant Rogers Attorney respond within 30 days to the following request:

1. Produce copies of all injury reports, and pictures of injuries officer Rogers may have had during the incident during the tasing of Plaintiff, or while on the property of Linda Fipps, or at Plaintiff's truck when he stated he fell to the ground, or from being struck by Plaintiff's elbow.

Certificate of service

I hereby certify the above served on:
Sprouce, Shrader, Smith P.C.
701 S. Taylor Suite 500
PoBox 15008
Amarillo, TX 79105-5008

Date: 11-9-2014

*Jimmy F. McHenry*
Jimmy F. McHenry
Robertson 12071 FM 3522
Abilene, TX 79601

(1)

U.S. Clerk
205 E. 5th Ave, Rm. 133
Amarillo, TX 79101-1559

RE: NO: 2:13-CV-0228-J

U.S. Clerk,

Enclosed is a Discovery Request and the Disclosure of Evidence. Please file with court.

Date: 11-9-14

RECEIVED
NOV 14 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(1)

